Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
Michael J. Manning, Esq. (State Bar No. 286879)
Tristan P. Jankowski, Esq. (State Bar No. 290301)
**MANNING LAW, APC**
4667 MacArthur Blvd., Suite 150 Newport Beach, CA 92660
Office: (949) 200-8755 Fax: (866) 843-8308
ADAPracticeGroup@manninglawoffice.com
Attorneys for Plaintiffs:
JAMES RUTHERFORD


Steven A. Elia (State Bar No. 217200)
**LAW OFFICES OF STEVEN A. ELIA, APC**
2221 Camino del Rio South, Suite 207
San Diego, California 92108
TEL: (619) 444-2244 FAX: (619) 440-2233
E-MAIL: steve@elialaw.com
Attorneys for Defendant
BARRIOS FOODS, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual, <br><br> Plaintiff, <br><br> v. <br><br> RALLY'S RESTAURANT, business of unknown form; K MART CORPORATION, a Michigan corporation; and DOES 1-10, inclusive, <br><br> Defendants. | Case No.: 3:18-cv-02206-W-MDD <br><br> Hon. Thomas J. Whelan <br><br> **JOINT NOTICE OF SETTLEMENT** <br><br> Complaint Filed: September 24, 2018 <br> Trial Date: None Set |

JOINT NOTICE OF SETTLEMENT

1

1   TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

2   Plaintiff, JAMES RUTHERFORD, and Defendants, RALLY'S

3   RESTAURANT  and K MART CORPORATION and BARRIOS FOODS, INC.

4   (the "Parties") have reached a settlement in this matter and expect to file a joint

5   stipulation for dismissal of the action within thirty (30) days, pending completion

6   of certain terms of the confidential settlement agreement.

Dated: November 29, 2018			**MANNING LAW, APC**

					By:	*/s/ Michael J. Manning, Esq.*
						Michael J. Manning, Esq.
						Joseph R. Manning, Jr., Esq.
						Tristan P. Jankowski Esq.
						Attorneys for Plaintiff,
						JAMES RUTHERFORD

Dated: November 29, 2018			**LAW OFFICES OF STEVEN A. ELIA, APC**

					By:	*/s/ Steven A. Elia, Esq.*
						Steven A. Elia
						Attorney for Defendant,
						BARRIOS FOODS, INC.

## CERTIFICATE OF SERVICE

I certify that on November 29, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email transmission and via transmission of Electronic Filing generated by CM/ECF.

Respectfully submitted,

Dated: November 29, 2018

**MANNING LAW, APC**

By: */s/ Michael J. Manning, Esq.*
Michael J. Manning, Esq.
Joseph R. Manning, Jr., Esq.
Tristan P. Jankowski Esq.
Attorneys for Plaintiff,
JAMES RUTHERFORD