# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>RALLY'S RESTAURANT, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 18-CV-2206 W (MDD)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 12]** |

Parties have filed a joint motion to dismiss with prejudice. [Doc. 12.] Good cause appearing, the Court **GRANTS** the joint motion. Per the terms of the joint motion, each party is to bear its own attorneys' fees and costs. This action is dismissed **WITH PREJUDICE**.

**IT IS SO ORDERED.**

Dated: December 7, 2018

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. Thomas J. Whelan
　　　　　　　　　　　　　　　　　　　　United States District Judge